

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00396-CV

**TEXAS ARMORING CORPORATION,**
Appellant

v.

Tinyan **OKUNBO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18380
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Amy Hinds' Notification of Late Reporter's Record is this date Noted. The Reporter's Record is due on December 21, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court